UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Vanessa Delesline, | Civil Action No. 1:16-cv-2016-MGL |
| Plaintiff, | |
| v. | |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

## **ORDER**

On Plaintiff's Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby

**ORDERED** as follows:

1. That the Court authorizes a payment to **Beatrice E. Whitten**, in the amount of Twelve Thousand Three Hundred Twenty Six Dollars and Fifty Cents ($12,326.50) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services;

2. Upon receipt of this sum, Plaintiff's counsel shall remit Three Thousand One Hundred Thirty-One Dollars and 75/100 Cents ($3,131.75) directly to Plaintiff, representing the sum already paid to Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

ENTERED this 26th day of April, 2018.

s/Mary Geiger Lewis
_____
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE